IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*, <br><br> *Defendants*. | No. 1:25-cv-00306 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

This matter came before the Court on the motion of the Individual Plaintiffs for class certification. Having considered the motion, the memorandum in support, and the record in this case, and having otherwise been fully advised, the Court finds that there is good cause to GRANT Individual Plaintiffs' motion and hereby ORDERS as follows:

1. The requirements of Federal Rules of Civil Procedure 23(a) and 23(b)(2) are met, including that:

    a. The Class is so numerous that joinder of all members is impracticable;

    b. There are multiple questions of law and fact common to the Class;

    c. The claims and defenses of the representative parties are typical of the claims and defenses of the class;

    d. The representative parties will fairly and adequately protect the interests of the class.

   e. The party opposing the class has acted or refused to act on grounds that apply generally to the class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the class as a whole.

2. This case is certified as a class action on behalf of all noncitizens who were, are, or will be subject to the Proclamation and/or its implementation within the United States.

3. Plaintiffs A.M., Z.A., T.A., A.T., N.S., D.G., B.R., M.A., G.A., F.A., K.A., Y.A., and E.G. are appointed as Class Representatives.

4. Plaintiffs' counsel from the American Civil Liberties Union Foundation, the National Immigrant Justice Center, the Center for Gender & Refugee Studies, the American Civil Liberties Union Foundation of the District of Columbia, the American Civil Liberties Foundation of Texas, and the Texas Civil Rights Project are hereby appointed as counsel for the Plaintiff Class.

IT IS SO ORDERED, this _____ day of _____, 2025

_____
Honorable Randolph D. Moss
United States District Judge