BRETT A. SHUMATE
*Principal Deputy Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

AUGUST FLENTJE
*Acting Director*

EREZ REUVENI
*Assistant Director*

BRIAN C. WARD
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-9121
Email: brian.c.ward@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Refugee and Immigrant Center for Education and Legal Services, *et al.*, ) ) ) ) | Civil Action No. 1:25-cv-00306 |
| Plaintiffs, ) ) | |
| v. ) ) | |
| Kristi Noem, Secretary, U.S. Department of Homeland Security, *et al.*, ) ) ) | |
| Defendants. ) ) | |

**RESPONSE TO EMERGENCY MOTION TO STAY REMOVAL OF
INDIVIDUAL PLAINTIFFS CURRENTLY WITHIN THE UNITED STATES
AND SUGGESTION OF MOOTNESS**

For the following reasons, the Court should deny as moot Plaintiffs' Emergency Motion to Stay Removal of Individual Plaintiffs Currently Within the United States, ECF No. 15, and cancel the hearing currently scheduled for Monday, February 24, 2025.

This case relates to Plaintiffs' challenge to Presidential Proclamation 10888, *Guaranteeing the States Protection Against Invasion*, 90 Fed. Reg. 8333. (Jan. 20, 2025) (Invasion Proclamation). On February 19, 2025, Plaintiffs filed an amended complaint adding a number of individual Plaintiffs to this case who are subject to removal from this country based on the Invasion Proclamation, and simultaneously filed an Emergency Motion to Stay Removal of Individual Plaintiffs Currently Within the United States. *See* ECF No. 15. Plaintiffs sought to stay the removal of Plaintiffs A.M., Z.A., T.A., A.T., M.A., B.R., G.A., and N.S. The Court set a hearing on the motion for 10:30 a.m. on February 20, 2025. *See* Minute Order (Feb. 20, 2025). Plaintiff N.S. was already outside the United States at the time of that hearing.

Following that hearing, the Court entered an Administrative Stay barring the removal of individual Plaintiffs who were still in the United States until 12:00 p.m. on Monday, February 24, 2025. ECF No. 16. The Court further set deadlines for additional briefing on the motion and set a hearing for Monday, February 24, 2025. *See* Minute Order (Feb. 20, 2025).

Defendant Department of Homeland Security (DHS) has now decided, in an exercise of its prosecutorial discretion, not to employ the Invasion Proclamation challenged in this suit as a basis for removal of any of the named Plaintiffs currently in the United States during the pendency of this litigation. *See* ECF 15 at 2 (identifying such individual Plaintiffs). DHS is confident in the merits of its position and will present a robust defense at the appropriate time. The extraordinarily expedited nature of these proceedings, however, counsels in favor of DHS exercising its discretion not to employ the Invasion Proclamation with respect to the identified Plaintiffs. As a result of this

decision, those named Plaintiffs do not face any risk of irreparable harm from operation of the

challenged Proclamation. Plaintiffs' request for a temporary restraining order, which sought only

to preclude removal of named Plaintiffs on the basis of the challenged Proclamation, is thus no

longer needed.

Accordingly, the Court should deny Plaintiffs' emergency motion as moot and cancel the

hearing currently scheduled for Monday, February 24, 2025.


Dated: February 21, 2025                    Respectfully submitted,

                                            BRETT A. SHUMATE
                                            *Principal Deputy Assistant Attorney General*

                                            DREW C. ENSIGN
                                            *Deputy Assistant Attorney General*

                                            AUGUST FLENTJE
                                            *Acting Director*

                                            EREZ REUVENI
                                            *Assistant Director*

                                            /s/ *Brian C. Ward*
                                            BRIAN C. WARD
                                            *Senior Litigation Counsel*
                                            U.S. Department of Justice, Civil Division
                                            Office of Immigration Litigation
                                            P.O. Box 868, Ben Franklin Station
                                            Washington, DC 20044
                                            Tel: (202) 616-9121
                                            Email: brian.c.ward@usdoj.gov


                                            *Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2025, I electronically filed this response with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Brian C. Ward*
BRIAN C. WARD
Senior Litigation Counsel
United States Department of Justice

3