IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*, <br><br> *Defendants*. | No. 1:25-cv-00306 (APM) |

**PLAINTIFFS' REPLY CONCERNING MOTION TO STAY REMOVAL**

Plaintiffs appreciate Defendants' decision that, in the exercise of their discretion, they do not intend to rely on the Proclamation as the basis for removal, and accordingly Plaintiffs agree that the briefing schedule and upcoming hearing on the emergency motion to stay can be vacated. Plaintiffs ask, however, that the Court require Defendants to provide the Court at least seven days' notice if they intend to remove any of these individuals pursuant to some other mechanism.

One Plaintiff was already removed between the time Plaintiffs sought a stay and the hearing the next morning, demonstrating how quickly this process can occur. There is a very real risk that such a removal of the remaining Plaintiffs would impede their ability to represent both themselves and the class of individuals they seek to represent—since they fear imprisonment, kidnapping, and death if they are removed. *See* Stay Mot. 5-6, ECF No. 15. Plaintiffs' motion thus sought a general stay of removal, and Plaintiffs are entitled to an opportunity to seek relief to prevent that irreparable harm—an opportunity they may be denied unless the government provides reasonable notice of its intent to remove these individuals. Defendants would be free to raise their concerns relating to the

Court's ability to stay removal in the context of that briefing, should it become necessary. Defendants nonetheless have declined to agree to provide the notice Plaintiffs have requested.

## CONCLUSION

The Court should require the government to provide seven days' notice if Defendants intend to the remove any of the Individual Plaintiffs who remain in the United States.

Dated: February 21, 2025

Respectfully submitted,

/s/ Lee Gelernt
Lee Gelernt (D.D.C. Bar No. NY0408)

Morgan Russell*
Katrina Eiland*
Cody Wofsy (D.D.C. Bar No. CA00103)
Spencer Amdur*
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, Suite 700
San Francisco, CA 94104
T: 415-343-0770
mrussell@aclu.org
keiland@aclu.org
cwofsy@aclu.org
samdur@aclu.org

Keren Zwick (D.D.C. Bar. No. IL0055)
Richard Caldarone (D.C. Bar No. 989575)*
Mary Georgevich*
National Immigrant Justice Center
111 W. Jackson Blvd., Suite 800
Chicago, IL 60604
T: 312-660-1370
kzwick@immigrantjustice.org
rcaldarone@immigrantjustice.org
mgeorgevich@immigrantjustice.org

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
529 14th Street, NW, Suite 722
Washington, D.C. 20045
T: 202-457-0800
aspitzer@acludc.org
smichelman@acludc.org

Omar C. Jadwat*
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
T: 212-549-2660
lgelernt@aclu.org
ojadwat@aclu.org

Melissa Crow (D.C. Bar. No. 453487)
Center for Gender & Refugee Studies
1121 14th Street, NW, Suite 200
Washington, D.C. 20005
T: 202-355-4471
crowmelissa@uclawsf.edu

Edith Sangueza*
Center for Gender & Refugee Studies
26 Broadway, 3rd Floor
New York, NY 10004
T: 415-581-8835
sanguezaedith@uclawsf.edu

Robert Pauw*
Center for Gender & Refugee Studies
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
T: 206-682-1080
rpauw@ghp-law.net
Tamara Goodlette (D.C. Bar. No. TX24117561)
Texas Civil Rights Project

Ashley Alcantara Harris*
David A. Donatti*
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
TEL: (713) 942-8146
FAX: (713) 942-8966
aharris@aclutx.org
ddonatti@aclutx.org

P.O. Box 219
Alamo, Texas 78516
T: 512-474-5073, ext. 207
tami@texascivilrightsproject.org


*Attorneys for Plaintiffs*

*\*Certificate of pro bono representation or pro hac vice forthcoming*