# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES, et al., | )<br>)<br>)<br>) |
| Plaintiffs, | ) No. 1:25-cv-00306 |
| v. | )<br>)<br>) |
| KRISTI NOEM, et al., | )<br>) |
| Defendants. | )<br>) |

## NOTICE OF WITHDRAWAL

Plaintiffs respectfully provide notice that one of their counsel, Tamara F. Goodlette of the Texas Civil Rights Project, is withdrawing her appearance on behalf of Plaintiffs in this matter. Ms. Goodlette is leaving the Texas Civil Rights Project effective March 21, 2025, and will no longer be representing Plaintiffs in this matter. Plaintiffs will continue to be represented in this matter by other counsel of record and accordingly will not be prejudiced by the withdrawal of Ms. Goodlette.

WHEREFORE, Plaintiffs respectfully request that Tamara F. Goodlette of the Texas Civil Rights Project be granted leave to withdraw her appearance on behalf of Plaintiffs in this matter.

Dated: March 12, 2025

                        Respectfully submitted,

                        /s/ Tamara F. Goodlette
                        Tamara F. Goodlette
                        (D.C. Bar. No. TX24117561)
                        Texas Civil Rights Project
                        P.O. Box 219
                        Alamo, Texas 78516
                        512-474-5073, ext. 207
                        tami@texascivilrightsproject.org

### CERTIFICATE OF SERVICE

On March 12, 2025, I caused the foregoing document to be served on all counsel of record by filing it using the Court's CM/ECF system.

                        /s/ Tamara F. Goodlette