# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES, et al., | )<br>)<br>)<br>) |
|           *Plaintiffs*, | )    No. 1:25-cv-00306<br>) |
| v. | )<br>) |
| KRISTI NOEM, et al., | )<br>) |
|           *Defendants*. | )<br>) |

## CORRECTED NOTICE OF WITHDRAWAL

Plaintiffs respectfully provide notice that one of their counsel, Tamara F. Goodlette of the Texas Civil Rights Project, is withdrawing her appearance on behalf of Plaintiffs in this matter. Ms. Goodlette is leaving the Texas Civil Rights Project effective March 21, 2025, and will no longer be representing Plaintiffs in this matter. Plaintiffs will continue to be represented in this matter by other counsel of record and accordingly will not be prejudiced by the withdrawal of Ms. Goodlette.

WHEREFORE, Plaintiffs respectfully request that Tamara F. Goodlette of the Texas Civil Rights Project be granted leave to withdraw her appearance on behalf of Plaintiffs in this matter.

Dated: March 14, 2025

Respectfully submitted,

/s/ Daniel Hatoum
Daniel Hatoum
Texas Civil Rights Project
P.O. Box 219
Alamo, Texas 78516
(956) 787-8171 ext.
daniel@texascivilrightsproject.org
*Admitted Pro Hac Vice*

/s/ Tamara F. Goodlette
Tamara F. Goodlette
(D.C. Bar. No. TX24117561)
Texas Civil Rights Project
P.O. Box 219
Alamo, Texas 78516
512-474-5073, ext. 207
tami@texascivilrightsproject.org

## CERTIFICATE OF SERVICE

On March 14, 2025, I caused the foregoing document to be served on all counsel of record by filing it using the Court's CM/ECF system.

/s/ Daniel Hatoum
Daniel Hatoum