# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Refugee and Immigrant Center For Education and Legal Services, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> Kristi Noem, Secretary, U.S. Department of Homeland Security, *et al.*, <br><br> *Defendants.* | Civil Action No. 1:25-cv-00306 |

## MOTION FOR ENTRY OF JOINT PROTECTIVE ORDER

The Parties jointly move and request that the Court enter the attached stipulated protective order governing any documents or information produced in this case. Good cause exists to enter this Protective Order to address the handling of any documents, testimony, or information provided in the course of this case that contains sensitive or confidential information. This case is likely to involve information that is confidential, proprietary, law enforcement sensitive, sensitive to foreign relations, or is otherwise legally protected, for which special protection may be warranted. Accordingly, to expedite the flow of information, to facilitate the prompt resolution of disputes over confidentiality of materials, and to protect information that the Parties are entitled to keep confidential, the Parties stipulate to and ask the Court to sign and enter the attached Stipulated Protective Order.

Dated: March 14, 2025                    Respectfully submitted,

                                            YAAKOV M. ROTH
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

AUGUST FLENTJE
*Acting Director*

EREZ REUVENI
*Assistant Director*

PATRICK GLEN
DAVID KIM
KATHERINE J. SHINNERS
BRIAN C. WARD
*Senior Litigation Counsel*

ELISSA FUDIM
*Trial Attorney*

<u>/s/ *Joseph A. Darrow*</u>
JOSEPH A. DARROW
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-7537
Email: joseph.a.darrow@usdoj.gov

*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2025, I electronically filed this motion with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                        /s/ *Joseph A. Darrow*
                                        JOSEPH A. DARROW
                                        Trial Attorney
                                        United States Department of Justice
                                        Civil Division