# Exhibit A

| | |
|---|---|
| From: | |
| To: | OPS WEST SECTORS; OPSCENTRALSECTORS; OPS EAST SECTOR |
| Cc: | Immigration Prosecution & Custody OPS |
| Subject: | Update Field Guidance for Southern Border RE: 212(F) Presidential Proclamation Guaranteeing the States Protection Against Invasion |
| Date: | Tuesday, February 4, 2025 2:37:00 PM |
| Attachments: | CAT Field Gudance.docx |
| | USBP Southern Border Field Guidance 212(f).docx |

Corridors,

Please disseminate the guidance below to all Southwest Border Sectors.

**BLUF:** Proclamation 10888, *Guaranteeing the States Protection against Invasion*, **suspends and limits entry of all illegal aliens encountered by U.S. Border Patrol between the ports of entry at the southern land border.**

- This applies to all illegal aliens who entered the United States after 1800 hours EST January 20, 2025.

The entry of any illegal alien invading the United States (which is defined as an alien who crosses between the ports of entry on the southern land border) is suspended pursuant to section 212(f) and 215(a) of the INA.

Aliens participating in this invasion are also restricted from invoking INA provisions that would permit their continued presence in the United States, including discretionary relief. The Proclamation specifically identified section 208 of the INA, and directs that aliens invading the United States are **not permitted to apply for asylum.**

An alien subject to the Proclamation may be processed as a 212(f) Direct Repatriation (**if able to be repatriated to Mexico**) or an Expedited Removal.



Although the appropriate processing pathway for a particular alien should be determined based on the totality of the circumstances. This includes family units and family groups, as appropriate. In all cases, the appropriate processing disposition should be determined on a case-by-case basis, considering the totality of the circumstances.

In accordance with TVPRA, continue to process Unaccompanied Alien Children (UAC) under normal processing procedures.

The below workflows describe the steps and processes to be followed when processing an illegal alien for 212(f) repatriation or expedited removal. For all such illegal aliens, agents **should not use Form I-867A, Form I-867B**, or Form M-444, or ask specific fear questions. These forms are not available in either e3 disposition described below. ==Agents will refer any alien who manifests fear to U.S. Citizenship and Immigration Services (USCIS) for a Convention against Torture (CAT) screening. (See attached CAT screening guidance)==

USA00001

Illegal aliens who entered before the Proclamation's suspension and limitation on entry was active, or those encountered after the suspension and limitation on entry is discontinued, should be processed via the preexisting ER and ER/CF dispositions, which include the above listed forms. This is determined by the entry date and time, including the full scope ER authority.

**212(f) Direct Repatriations to Mexico**

- ███████████
- ███████████
- ███████████
- ███████████████
- ███████████████████
- ███████████
- ███
    - Agents will be required to book all subjects under 1182f, from whom DNA is collected ████████████████████████████████████████████████. These subjects should be booked under 8 USC 1182 (Inadmissible Aliens).

**Expedited Removal - Per 212(F)** ██████

- For all illegal aliens who are subject to the Proclamation, process them consistent with the steps below.
- ██████████████████
- ██████████████
- ████████████████████████
    - ██████████████████████████████████
      ██████████
    - ████████████████████
    - ██████████████
    - ██████████
    - ████████████
    - ████████████
    - El Salvadorans must be provided with all advisals consistent with *Orantes*.

Respectfully,

██████
(A) Assistant Chief
U.S. Border Patrol Headquarters
LEOD/Immigration Prosecutions and Custody
GOV: ██████████

C: ███████

**BLUF: All Illegal Aliens (IA) subject to the Presidential Proclamation,** *Guaranteeing the states protection against invasion,* **are eligible for Convention Against Torture (CAT) claims under 212(f).**

The following guidance provides additional information and describes the processing and referral actions necessary to document any CAT claims under 212(f).

Under the CAT process there is **no consultation period or right to counsel**.  IAs are required to have a private screening area during their interview.

IA's apprehended by USBP that are subject to the Proclamation who manifests or expresses fear of the country where USBP would like to return them, (e.g. Mexico, Canada, or their home country) should be processed according to the instructions below:

For direct repatriations to Mexico:
- ■ ████████████████████████████
- ■ ██████████████
- ■ ████████████████
- ■ █████████████████████████ the intake page to stamp the file for USCIS.
- Annotate in the I-213 narrative that the subject will be referred to USCIS for a CAT interview and **include the country of return** so that USCIS can determine fear of torture to that country.
- ■ ████████████████████████████████
- ■ ████████████████████
- Once USCIS accepts the interview referral, schedule the IA for a CAT interview using the USCIS SharePoint site.

For IA's processes under the ████████████ removal pathway that can be easily removed to their home country or Mexico:
- ■ ████████████████████████████
- ■ ██████████████████
- ■ ██████████████████
- ■ ████████████████████████████████████████
- Annotate in the I-213 narrative that the subject will be referred to USCIS for a CAT interview and **include the country of return** so that USCIS can determine fear of torture to that country.
- ■ ██████████████████████████████
- ■ ████████████████████
- Once USCIS accepts the interview referral, schedule the IA for a CAT interview using the USCIS SharePoint site.

For IA's from hard to remove countries:
- ■ ██████████
- ■ ████████████████████

- ▪ ███████████████
- ▪ █████████████████████████████████████████
  - Annotate in the I-213 narrative that the subject will be referred to USCIS for a CAT interview and **include the country of return** so that USCIS can determine fear of torture to that country.
  - Refer to ERO for detention and CAT interview.

If for any reason the designated country of removal changes, and the IA manifest fear for the newly designated country they must be re-screened for the newly designated country.

Once USCIS adjudicates the claim, they will issue a determination.
- If negative, USCIS will issue the determination and USBP should continue with the process of repatriation or removal.
- If positive reprocess as a ██████ and submit to CAS for ERO detention.

==If Electronic Referrals or the USCIS Scheduling SharePoint is unavailable, please refer to the emails below to refer and schedule the CAT interview.==

==Automated referral system will be updated on 2/13/2025==

==USCIS SharePoint link: CAT Scheduling Tool App==

| Inbox | Purpose |
|---|---|
| ███████████████████████ | Public-facing inbox for inquiries and for attorneys to provide G-28s |
| ██████████████ | Public-facing inbox to receive and communicate about RFRs |
| ██████████████ | Reserved for communications between ██████ and ██ |
| ██████████████ | Reserved for communications between ████████ and ██ |
| ██████████████ | Reserved for communications between ██████ and ██ |
| ██████████████ | Reserved for communications between ████████ and ██ |
| ██████████████ | Reserved for communications between ████████ and ██ |
| ██████████████ | Reserved for communications between ██████ and ██ |
| ██████████████ | Reserved for communications between ████████ and ██ |

| | |
|---|---|
| ■■■■■■■■■■■■■■■■■■ | Reserved for communications between ■■■■■■ ■■■■■ and ■■ |
| ■■■■■■■■■■■■■■■■■■■■■■ | Reserved for communications between ■■■■■■ ■ and ■■ |
| ■■■■■■■■■■■■■■■■■■ | General BP mailbox for all other Sectors |

USA00006