# Exhibit C

**FOUO**

## CAT Assessment Instructions and Implementation Guidance
## For Alien(s) Whose Entry Has Been Suspended and/or Restricted
## Pursuant to INA §§ 212(f) and 215(a)

Pursuant to INA §§ 212(f) and 215(a), the President has ordered the suspension and/or restriction of entry for certain aliens.

On January 20, 2025, the President issued an [Executive Order Guaranteeing the States Protection Against Invasion](#) ("EO"). This EO provides for the suspension and restriction of certain aliens at the southern land border. Aliens whose entry is suspended or restricted pursuant to the EO who manifests fear in relation to the Convention Against Torture (CAT) will be referred to USCIS for a CAT assessment.

**Intake:**
Aliens who manifest fear of torture to a DHS officer or agent will be referred to USCIS for CAT assessment. Families will be referred together.

The DHS referring entity (CBP or ICE) will provide USCIS with an I-213 for each alien referred. The I-213 will include:
- A notation that the alien is being processed pursuant to INA §§ 212(f) or 215(a) and has claimed fear of torture, and
- The designated country of return or removal.

**Interview and Assessment:**

The purpose of the interview is to determine if it is more likely than not that the alien will be tortured in the designated country of return or removal. USCIS is not assessing persecution on account of a protected ground nor is USCIS assessing fear for country of nationality unless the country of nationality is also the proposed country of return or removal.

Interviews must be conducted separate and apart from the general public, and USCIS will provide an interpreter as needed. As these non-adversarial interviews are conducted in secure facilities, the alien is not afforded a consultation period, and we are unable to accommodate a consultant or attorney at the interview.

The Asylum Officer (AO) should review the CAT Assessment Worksheet with the alien. The AO must create a summary of the material facts as stated by the alien. At the end of the interview, the AO must review the summary with the individual and give him or her an opportunity to correct errors.

> **Family Units:**
>
> The alien's accompanying spouse and children will be processed together with the individual. No separate assessment worksheet or separate assessment notice is required.
>
> - If an officer determines a family member is more likely than not to be tortured in the designated country of return or removal, that family member becomes the main alien for the CAT Assessment Worksheet and the CAT Assessment Notice. The accompanying family

- members should be included in the family section. The assessment and analysis should be for the family member who establishes a fear of torture.
- When an officer determines no family member is more likely than not to be tortured in the designated country of return or removal, the officer must fully develop the record for all family members. A parent is listed as the primary alien for the CAT Assessment Worksheet and CAT Assessment Notice. If the analysis is the same for other family members, officers may note that in the additional information section. If any family member's analysis is different from that of the parent, the officer inserts and completes an additional analysis section for that family member.

After completing the interview and analyzing the facts, AOs should complete the CAT Assessment Worksheet and CAT Assessment Notice. These documents should be saved as PDFs, electronically signed, and e-mailed to a supervisory asylum officer for review. Supervisory review is required in all cases. When the supervisor concurs in the decision, the supervisor should sign the document electronically.

**Service:**

Asylum Office staff will provide the CAT Assessment Worksheet and CAT Assessment Notice to the DHS referring entity (CBP or ICE) to include in the A-file. The DHS referring entity will provide a copy of the CAT Assessment Notice to the alien.