# Exhibit F

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES, *et al.*,<br>　　　　　Plaintiffs,<br>　v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*,<br>　　　　　Defendants. | Case No. 1:25-cv-00306-RDM |

**DECLARATION OF TULSI GABBARD, DIRECTOR OF NATIONAL INTELLIGENCE**

### I.　INTRODUCTION

1.　I am the Director of National Intelligence ("DNI") and have held this position since February 12, 2025. I was appointed to this position by the President with the advice and consent of the United States Senate. As the DNI, I oversee the United States Intelligence Community ("IC") and serve as the principal intelligence adviser to the President. I have served in uniform since 2003, and am a combat veteran with three deployments to the Middle East and Africa during my military career. I previously served four terms as an elected Representative for the State of Hawaii in the United States Congress, where I served on the Armed Services, Homeland Security, and Foreign Affairs Committees.

### II.　PURPOSE OF THIS DECLARATION

2.　The purpose of this declaration is to describe the national security threats posed by the current border crisis.

3. I understand the nature and extent of the border crisis, as well as the importance of the President's policies in response to that crisis, will be described in an accompanying declaration from the U.S. Department of Homeland Security.

4. I make the following statements based upon my personal knowledge, background, training, and experience, as well as information made available to me in my official capacity, including the coordinated assessments of the Intelligence Community.

### III. DESCRIPTION OF THE NATIONAL SECURITY THREATS TO THE UNITED STATES POSED BY THE BORDER CRISIS

*Transnational Criminal Organizations and Gangs*

5. Transnational criminal organizations (TCOs) and other nonstate actors are threatening and impacting the lives of U.S. persons, the security and prosperity of the U.S. Homeland, and U.S. strength at home and abroad, including through vulnerabilities they can exploit in our southern border and in the processing and vetting of material and individuals moving through it.

6. Western Hemisphere-based TCOs and transnational gangs, some of whom are involved in illicit drug production and trafficking bound for the United States, endanger the health and safety of millions of Americans. Mexico-based TCOs, in particular, are producing and trafficking large amounts of illicit drugs that are imperiling American lives and livelihoods. As the President recently explained, Mexico-based drug trafficking organizations "cultivate, process, and distribute massive quantities of narcotics," including fentanyl, "that fuel addiction and violence in communities across the United States." Executive Order 14194, *Imposing Duties to Address the Situation at Our Southern Border*, 90 Fed. Reg. 9117 (Feb. 7, 2025). To take one example of the terrible harms to which these TCOs contribute, over fifty thousand drug overdose

2

deaths in the United States have been attributed to fentanyl on an annual basis in recent years, according to the Centers for Disease Control. TCOs are also conducting other illegal activities that challenge U.S. national security, such as human trafficking, human smuggling, weapons trafficking, and money laundering.

7.  Mexico-based TCOs remain the dominant producers and suppliers of illicit drugs to the U.S. market, including fentanyl, heroin, methamphetamine, and South American-sourced cocaine. The U.S.-Mexico border is the main entry point for illicit drugs, most commonly concealed in passenger vehicles and tractor trailers traveling through official U.S. ports of entry. Mexico-based TCOs oversee the sale and distribution of wholesale amounts of illicit drugs to U.S.-based drug traffickers and may maintain visibility into regionally based U.S.-based distribution networks; however, street-level retail sales within the United States are most likely controlled by local gangs.

8.  Mexico-based TCOs exploit multiple channels at the Southwest border to transport illicit drugs into the United States. For example, they are actively recruiting drivers with authorization through the U.S. Customs and Border Protection Secure Electronic Network Travelers Rapid Inspection program, some of whom are U.S. citizens, to transport illicit drugs across the border.

9.  Mexico-based TCOs are also using cross-border tunnels to transport illicit drugs into the United States, as well as commercially available unmanned aerial vehicles (UAVs) to smuggle small amounts of drugs, including fentanyl, into the United States through the U.S.-Mexico border. TCOs also closely monitor U.S. law enforcement activities using UAVs and

3

human scouts placed in strategic overwatch positions to determine the optimal time to move drugs across the border.

10. TCOs also exploit migrants transiting the Western Hemisphere to the United States through extortion, kidnapping for ransom, forced labor, and sex trafficking. TCOs view human smuggling and human trafficking as highly profitable, low risk crimes of opportunity. Some TCOs exploit migrant flows to enter the United States themselves and commit crimes.

11. Mexico-based TCOs have taken advantage of the large volume of migrants seeking to enter the United States illegally by extorting fees for organizing and facilitating their travel to the United States, and target some migrants in kidnapping for ransom schemes. Mexico-based TCOs direct illegal migrants' movements across the U.S.-Mexico border using human scouts and UAVs that surveil U.S. law enforcement patrolling the border, while other illegal migrants are smuggled across the border in tunnels.

12. TCOs, human smugglers, gangs, and lone criminal actors have all taken advantage of elevated U.S.-bound migration in recent years, with arrivals at the U.S. Southwest border having exceeded 2 million per year since 2022, the highest levels in at least two decades. Some illegal migrants are trafficked by TCOs and other criminal actors upon entering the United States to repay smuggling fees, commonly known as debt bondage. These illegal migrants are forced to work as prostitutes, or in low paying jobs in the United States, including in agriculture and meat packing industries, or are forced to work in illegal marijuana grow houses.

***Sunni Violent Extremists, Inspired Lone Attackers, and Iran-Backed Threats***

13. The United States and U.S. citizens at home—as well as U.S. citizens abroad—face a diverse and persistent foreign terrorist threat from Sunni violent extremist groups,

4

including the Islamic State of Iraq and ash-Sham (ISIS) and al-Qaida, violent extremists acting alone or in small cells who draw inspiration from foreign terrorists, and actors backed by states, such as Iran. These groups continue to seek to attack the West, including the United States and U.S. persons, with outreach, messaging, and other operations aimed at directing, enabling, or inspiring attacks, and could exploit vulnerable travel routes and activity.

14. Large flows of migrants and illegal migrants across borders strain local and national infrastructure and resources, making screening and vetting of foreign nationals for potential derogatory information more challenging. Foreign nationals with potential terrorism connections continue to attempt to enter the U.S. Homeland at both the U.S.-Mexico and U.S.-Canada borders and also through the immigration system.

15. The IC is aware of instances in the past two years where foreign nationals connected to foreign terror groups have facilitated the entry of other foreign nationals into the United States via the Southwest border. We assess there is a persistent risk that groups such as ISIS will try to assist supporters in the future who seek to exploit perceived border vulnerabilities to advance or facilitate operations in the United States. The Canadian border also has presented opportunities for violent extremists to attempt to enter the United States using lawful entry methods or unlawful access between ports of entry.

16. In June 2024, U.S. law enforcement officers arrested several foreign nationals from Tajikistan suspected of having ties to ISIS, pursuant to immigration authorities. The arrests were closely coordinated with the Federal Bureau of Investigation's Joint Terrorism Task Forces.

17. In September 2024, Canadian authorities arrested a Pakistani national and ISIS supporter, who was planning to be smuggled into the United States to attack a New York-based Jewish institution on or around the anniversary of the 7 October HAMAS attack.

18. The IC also assesses there is a risk from individuals lacking ties to terrorist organizations who unlawfully crossed U.S. borders in recent years and subsequently become radicalized to use violence based on their exposure to violent extremist messaging once here. At the same time, many terrorists are exploiting new technologies and techniques on secure platforms, complicating intelligence and law enforcement efforts to understand their location, connectivity, and financing.

***Other National Security Threats Posed by the Border Crisis***

19. In addition to threats posed by individuals who cross the border, other foreign actors, including rival states, are exploiting the border crisis to further their own aims. For example, China and Russia are likely to continue to use the border, immigration issues, and U.S. policies toward the border in their influence narratives that seek to divide Americans and weaken Washington, highlighting other types of threats to the United States from debate and concerns over the border. China and Russia both conducted influence operations using these themes in the run-up to the U.S. general election in 2024.

### IV. **CONCLUSION**

20. The current border crisis presents persistent, serious national security threats and challenges, both known and unknown, and the IC remains concerned about keeping the U.S. Homeland borders secure to protect U.S. persons and interests from these threats.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24 day of March, 2025.

                                                                                               _____
                                                                                               Tulsi Gabbard
                                                                                               Director of National Intelligence