UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Refugee and Immigrant Center<br>For Education and Legal Services, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>Kristi Noem, Secretary, U.S.<br>Department of Homeland<br>Security, *et al.*,<br><br>*Defendants.* | Civil Action No. 1:25-cv-00306 |

**[PROPOSED] ORDER GRANTING**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the parties Cross-Motions for Summary Judgment, IT IS ORDERED that Defendants' Cross-Motion for Summary Judgment is GRANTED and Plaintiffs' Motion for Summary Judgment is DENIED; and IT IS FURTHER ORDERED that judgment shall be entered in favor of Defendants on Claims 1-5, Claim 6 to the extent based on an argument that guidance implementing the Proclamation is contrary to statute, and Claims 8-10.

**SO ORDERED.**

DATE: _____   _____
THE HON. RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE