# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Refugee and Immigrant Center for Education and Legal Services, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>Kristi Noem, Secretary, U.S. Department of Homeland Security, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-00306 |

### UNOPPOSED MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF BY THE IMMIGRATION REFORM LAW INSTITUTE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

In accordance with Local Rule 7(*o*), movant Immigration Reform Law Institute ("IRLI") respectfully seeks this Court's leave to file the accompanying *amicus curiae* brief in support of Defendants' motion for summary judgment. Counsel for *amicus* IRLI has conferred with counsel for all parties, and no party opposes the request for leave. Defendants consent to this motion, and Plaintiffs take no position. In furtherance of this motion, *amicus* IRLI states as follows:

1. IRLI is a nonprofit 501(c)(3) public interest law firm dedicated both to litigating immigration-related cases in the interests of United States citizens and to assisting courts in understanding federal immigration law. IRLI has litigated or filed *amicus curiae* briefs in a wide variety of immigration-related cases. For more than twenty years the Board of Immigration Appeals has solicited supplementary briefing, drafted by IRLI staff, from the Federation for American Immigration Reform, of which IRLI is a supporting organization. For these reasons, IRLI has direct interests in the issues here.

2. The proffered *amicus* brief discusses the issues of justiciability not fully addressed by Defendants and supplements their discussion of those issues, including: reviewability of an invasion determination; reviewability of actions taken in response to an invasion; reviewability of presidential discretion under § 1182(f); and reviewability of actions of executive officers acting under presidential authority as opposed to statutory authority.

3. Because these issues are relevant to this Court's decision on the parties' motions for summary judgment, IRLI's brief may aid the Court.

For the foregoing reasons, IRLI respectfully requests that the Court grant its motion for leave to file the accompanying brief as *amicus curiae*.

Dated: March 28, 2025

Respectfully submitted,

s/ Christopher J. Hajec
CHRISTOPHER J. HAJEC
D.C. Bar No. 492551
MATT A. CRAPO
D.C. Bar No. 473355
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
(202) 232-5590
chajec@irli.org
mcrapo@irli.org

Counsel for *Amicus Curiae*
Immigration Reform Law Institute

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March 2025, I electronically filed the foregoing motion—together with its accompanying *amicus* brief and proposed order—with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of the parties' counsel.

s/ Christopher J. Hajec
CHRISTOPHER J. HAJEC
