AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| Refugee and Immigrant Center for Education and Lega | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-00306 |
| Kristi Noem, Secretary, U.S. Department of Homeland | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Immigration Reform Law Institute .

Date:      03/28/2025

/s/ Matt Crapo
*Attorney's signature*

Matt A. Crapo, DC Bar No. 473355
*Printed name and bar number*
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001

*Address*

mcrapo@irli.org
*E-mail address*

(571) 435-3582
*Telephone number*

(202) 464-3590
*FAX number*