**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Refugee and Immigrant Center<br>For Education and Legal Services, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>Kristi Noem, Secretary, U.S.<br>Department of Homeland<br>Security, *et al.*,<br><br>    *Defendants.* | Civil Action No. 1:25-cv-00306 |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION**
**FOR CLARIFICATION AND EXTENSION OF TIME CONCERNING ORDER FOR**
**PRODUCTION OF ADMINISTRATIVE RECORD**

Upon consideration of the Defendants' Motion , IT IS ORDERED that Defendants' Motion for Clarification and Extension of Time Concerning Order for Production of Administrative Record is GRANTED. It is further ORDERED that:

(1) Defendants shall have until June 6, 2025, to produce the applicable administrative records;

(2) the Court clarifies that it does not intend to consider the portions of Plaintiffs' claims that have been held in abeyance—the portions of the Sixth Claim for Relief raising arbitrary-and-capricious arguments under the Administrative Procedure Act, *see* Amended Complaint ¶¶ 133, 138, and all of the Seventh Claim for Relief, *see id*. ¶¶ 139-143—in adjudicating the currently-pending motions for summary judgment; and

(3) Defendants may submit a response to any declarations submitted by Plaintiffs by June 6, 2025.

**SO ORDERED.**

DATE: _____          _____
                                        THE HON. RANDOLPH D. MOSS
                                        UNITED STATES DISTRICT JUDGE