IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES, *et al.*, <br><br>*Plaintiffs*, <br><br>v. <br><br>KRISTI NOEM, Secretary of Homeland Security, in her official capacity, *et al.*, <br><br>*Defendants*. | No. 1:25-cv-00306 |

**NOTICE OF PLAINTIFFS' SEALED SUPPLEMENTAL DECLARATIONS**

Pursuant to the Court's minute orders dated May 13 and May 20, 2025, Plaintiffs respectfully submit the attached supplemental declarations from the Individual Plaintiffs under seal. In accordance with the court's May 20, 2025 order, Plaintiffs will promptly file unsealed and redacted versions of the attached declarations on the public docket.

The attached declarations are from seven of the eight original declarants. As with their original declarations, A.M.'s declaration is on behalf of himself, his wife, and his minor children and F.A.'s declaration is on behalf of herself and her minor children. Plaintiffs have not included a declaration from D.G., a Cuban man who was removed to Mexico, because Plaintiffs' counsel have been unable to make contact with D.G. Counsel were able to communicate with D.G.'s sister, who informed counsel that D.G. current living situation is unstable and that he is likely without phone access at present.

1

Dated: May 23, 2025                                      Respectfully submitted,

/s/ Lee Gelernt

Keren Zwick (D.D.C. Bar. No. IL0055)　　　　Lee Gelernt (D.D.C. Bar No. NY0408)
Mary Georgevich*　　　　　　　　　　　　　Omar C. Jadwat*
National Immigrant Justice Center　　　　　　American Civil Liberties Union Foundation
111 W. Jackson Blvd.,　　　　　　　　　　　Immigrants' Rights Project
 Suite 800　　　　　　　　　　　　　　　　125 Broad Street, 18th Floor
Chicago, IL 60604　　　　　　　　　　　　　New York, NY 10004
T: 312-660-1370　　　　　　　　　　　　　　T: 212-549-2660
kzwick@immigrantjustice.org　　　　　　　　lgelernt@aclu.org
mgeorgevich@immigrantjustice.org　　　　　ojadwat@aclu.org

Melissa Crow (D.C. Bar. No. 453487)　　　　Morgan Russell*
Center for Gender & Refugee Studies　　　　Cody Wofsy (D.D.C. Bar No. CA00103)
1121 14th Street, NW, Suite 200　　　　　　Spencer Amdur*
Washington, D.C. 20005　　　　　　　　　　American Civil Liberties Union Foundation
T: 202-355-4471　　　　　　　　　　　　　　Immigrants' Rights Project
crowmelissa@uclawsf.edu　　　　　　　　　　425 California Street, Suite 700
　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
Edith Sangueza*　　　　　　　　　　　　　　T: 415-343-0770
Center for Gender & Refugee Studies　　　　mrussell@aclu.org
26 Broadway, 3rd Floor　　　　　　　　　　　cwofsy@aclu.org
New York, NY 10004　　　　　　　　　　　　samdur@aclu.org
T: 415-581-8835
sanguezaedith@uclawsf.edu　　　　　　　　Arthur B. Spitzer (D.C. Bar No. 235960)
　　　　　　　　　　　　　　　　　　　　　Scott Michelman (D.C. Bar No. 1006945)
Robert Pauw*　　　　　　　　　　　　　　　American Civil Liberties Union Foundation
Center for Gender & Refugee Studies　　　　of the District of Columbia
c/o Gibbs Houston Pauw　　　　　　　　　　529 14th Street, NW, Suite 722
1000 Second Avenue, Suite 1600　　　　　　Washington, D.C. 20045
Seattle, WA 98104　　　　　　　　　　　　　T: 202-457-0800
T: 206-682-1080　　　　　　　　　　　　　　aspitzer@acludc.org
rpauw@ghp-law.net　　　　　　　　　　　　smichelman@acludc.org

Daniel Hatoum*　　　　　　　　　　　　　　Ashley Alcantara Harris*
Texas Civil Rights Project　　　　　　　　　David A. Donatti*
P.O. Box 219　　　　　　　　　　　　　　　ACLU Foundation of Texas
Alamo, Texas 78516　　　　　　　　　　　　P.O. Box 8306
T: 512-474-5073, ext. 208　　　　　　　　　Houston, TX 77288
daniel@texascivilrightsproject.org　　　　　TEL: (713) 942-8146
　　　　　　　　　　　　　　　　　　　　　FAX: (713) 942-8966
　　　　　　　　　　　　　　　　　　　　　aharris@aclutx.org
　　　　　　　　　　　　　　　　　　　　　ddonatti@aclutx.org

2

*Attorneys for Plaintiffs*

*\*Appearing pro bono or pro hac vice.*