**SUPPLEMENTAL DECLARATION OF** █████████

I, █████████████████████, make the following statement under penalty of perjury:

1. My name is ███████████████████, and I submit this declaration as part of my ongoing effort to receive an opportunity to seek asylum in the United States.

2. I am a plaintiff in the case *RAICES v. Noem*, No. 1:25-cv-306-RDM. In that case I am referred to by the initials N.S.

3. I am from Ecuador, and I came to the United States to seek asylum because of persecution including rapes and kidnapping by my ex-partner, a police officer. I did not bring health records or any kind of criminal background check information with me when I fled Ecuador fearing for my life.

4. When I crossed the U.S. border to seek asylum on or about January 26, 2025, I did not know there was any new requirement to submit health information or other background information to U.S. officials before asking for asylum. I also did not know of any system for submitting that kind of information.

5. I did not apply for U.S. visas before I crossed the border to seek asylum. I did not think I was eligible for any visa to immigrate to the United States. As far as I know, I still am not eligible for any U.S. visa.

6. I also did not try to register for an appointment using the CBP One phone app before I crossed the U.S. border. I did not arrive in Mexico by bus from Guatemala until approximately January 19, 2025. By the time I reached the U.S.-Mexico border, the CBP One appointment system had already been cancelled by President Trump.

7. After I arrived in the United States, I was detained primarily at a detention center in Texas. While I was detained there, none of the officers mentioned anything about a requirement to submit information in advance before seeking asylum or a system for submitting that kind of information.

8. On approximately February 20, 2025, I was deported from the United States to Ecuador. While I was in the United States, no one ever gave me any opportunity to seek protection, even though I told officials that I wanted to seek asylum.

9. I hope that I will get the chance to seek asylum in the United States because I am not safe here in Ecuador. Since I was deported back here in February, my ex-partner has learned that I tried to flee and that I am now back in Ecuador. Because of this, I am trying as best I can to keep a low profile and not go out in public more than necessary.

DECLARATION SIGNATURE ON THE FOLLOWING PAGE.

Thank you for considering my statement.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, memory, and belief.

Executed on the 22 day of May 2025 in Ecuador



05/22/2025
Date

## CERTIFICATE OF TRANSLATION

I, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆, swear under penalty of perjury that I speak English and Spanish and that I have translated this document to the best of my ability. I reviewed this document with ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ and have incorporated any changes or corrections provided. I declare under penalty of perjury that the foregoing statement has been faithfully translated/executed to the best of my knowledge, memory, and belief.

05/22/2025
Date