**SUPPLEMENTAL DECLARATION OF**
███████████████████████████████

I, ███████████████████████, make the following statement under penalty of perjury:

1. My name is ███████████████████████████, and I submit this declaration as part of my ongoing effort to seek asylum in the United States.

2. I am a plaintiff in the case *RAICES v. Noem*, No. 1:25-cv-306-RDM. In that case I am referred to by the initials B.R.

3. I am from Ecuador, and I came to the United States with the intention of seeking asylum. I fear persecution and torture from organized crime in my home country.

4. When I crossed the U.S. border on or about January 26, 2025, I did not know there was any new requirement to submit health information or other background information to U.S. officials in advance of seeking asylum. I also did not know of any system for submitting that kind of information.

5. I also did not apply for a U.S. visa before I crossed the border to seek asylum. I had to leave the country quickly due to the danger I was in, and I did not have time to go through a visa process. I also did not think I was eligible for any visa to immigrate to the United States. As far as I know, I was not and still am not eligible for any U.S. visa.

6. I did, however, submit some information about myself to the U.S. immigration authorities using the one method I had to do that, which was the CBP One phone application. I registered on the CBP One app after I arrived in Mexico in around January 2025.

7. I answered all the questions in the CBP One app truthfully and honestly. I do not remember if I had to provide any health or medical information, other than things like my height and weight, or information about criminal records, but I answered whatever questions that I was asked. Apart from CBP One, I did not know of any other way to provide advance information to the U.S. government before seeking asylum.

8. Although I completed the information on CBP One, I never received an appointment. I could not keep waiting in Mexico for an appointment because it was not safe for me there.

9. I decided to enter the United States and ask for protection, which I did on approximately January 26, 2025. At the time I entered, I did not know that the Proclamation existed, and I did not know about any requirements that it imposed. I did not know I needed to provide medical records, and I did not have any medical records in my possession. Although I had brought some medical records with me from home, they were stolen on my journey. I do not have a criminal record anywhere, so I do not know what kind of evidence I could have provided on that issue, and regardless I did not have any information.

10. I have been detained by the Department of Homeland Security since I entered the country in January, so for nearly four months. No U.S. officials have ever mentioned any requirement to provide health or other background information to the U.S. government to seek asylum.

11. I hope that I am able to proceed with an application for asylum.

**DECLARATION SIGNATURE ON THE FOLLOWING PAGE.**

Thank you for considering my statement.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, memory, and belief.

Executed on the 20th day of May 2025 in Laredo, TX.

05/20/2025
Date

## CERTIFICATE OF TRANSLATION

I, _____, swear under penalty of perjury that I speak English and Spanish and that I have translated this document to the best of my ability. I reviewed this document with _____ and have incorporated any changes or corrections provided. I declare under penalty of perjury that the foregoing statement has been faithfully translated/executed to the best of my knowledge, memory, and belief.

05/20/2025
Date