**SUPPLEMENTAL DECLARATION OF** ███████

I, ███████████████████, make the following statement under penalty of perjury:

1. My name is ███████████████████, and I submit this declaration as part of my ongoing effort to receive an opportunity to seek asylum in the United States.

2. I am a plaintiff in the case *RAICES v. Noem*, No. 1:25-cv-306-RDM. In that case, I am referenced by the initials M.A.

3. I am from Egypt, and I came to the United States with my wife with the intention of seeking asylum because I had been previously imprisoned and tortured in Egypt by the ruling military regime for my pro-democracy views.

4. When my wife and I crossed the southern U.S. border on or about January 24, 2025, we did not know there was any new requirement to submit health information or other background information to U.S. officials in advance of seeking asylum. We also did not know of any system for submitting that kind of information.

5. We also did not apply for U.S. visas before we crossed the border to seek asylum. We did not think we were eligible for any visa to immigrate to the United States. As far as I know, we were not and still are not eligible for any U.S. visa.

6. However, before we finally crossed the border, we used the CBP One appointment system to try to get an appointment for four and a half months. This was the one way we knew about to submit some information in advance before entering the United States to seek asylum.

7. We answered all the questions posed to us in the CBP One application truthfully and honestly. I do not recall what exact questions were posed on the application, but I did try to provide all the information requested that way.

8. Unfortunately, we never got an appointment using CBP One. My wife was pregnant and also very ill. Because we were frequently targeted for robbing, and actually got robbed once and feared for our life, I became worried for her safety and mine. We decided to enter the United States without an appointment and request protection. We did that on approximately January 24, 2025.

9. While this case has been pending, I have remained in detention. My wife has since been released into the United States and delivered our child. I am devastated to have missed the birth of my daughter, who is my first child and also because my wife had a difficult birth and there is no one to help or support her.

10. Since I have been detained, no U.S. immigration officers have ever mentioned anything about any system for submitting health and other information in advance of crossing the border to seek asylum.

11. From detention both I and my attorney have repeatedly tried to explain that I fear persecution and torture and that I would like to be considered for protection. I have made requests along these lines numerous times. I also know that my attorney has done so too, both while I was in CBP custody in late January and since I have been transferred to ICE custody.

12. For many weeks, nothing happened in response to my requests. But then, on May 2, 2025, a security officer at the detention center informed me was being summoned for an interview. There was no advance notice, I could not even ask for my attorney to be present, and I was confused as to where I was going. I was informed by the officer that this was CAT screening interview, and it lasted more than three hours.

13. I asked the officer at the end if I was allowed to file for asylum. The officer told me that the President decreed that I am not allowed to file for asylum. I pleaded to him that I cannot return to Egypt because I will once again be imprisoned and tortured. The Officer said that this was why I was getting a CAT screening. I do not know exactly what that means, but it seems like I am still not being considered for asylum.

14. I have not heard anything from anyone since May 2. I have not yet heard the results of my interview. I am afraid that even though I have a strong claim that I will be tortured in Egypt, the U.S. government will decide to deport there anyway or that they will send me to a third country and that I will not have the ability to contest that decision. Immigration officials have told me that I am not being considered for asylum even though I have also asked for that and even though I came here with the intention of seeking asylum.

DECLARATION SIGNATURE ON THE FOLLOWING PAGE.

Thank you for considering my statement.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, memory, and belief.

Executed on the 21st Day of May, 2025.



<u>May 21, 2025</u>
DATE

## CERTIFICATE OF TRANSLATION

I, ▮▮▮▮▮▮▮▮▮▮., swear under penalty of perjury that I speak English and Arabic and that I have translated this document to the best of my ability. I reviewed this document with ▮▮▮▮▮▮▮▮▮▮ have incorporated changes or corrections provided. I declare under penalty of perjury that the foregoing statement has been faithfully translated and executed to the best of my knowledge, memory, and belief.



<u>May 21, 2025</u>
DATE