**SUPPLEMENTAL DECLARATION OF** ▇▇▇▇▇▇▇▇

I, ▇▇▇▇▇▇▇▇▇▇▇▇, make the following statement under penalty of perjury:

1. My name is ▇▇▇▇▇▇▇▇▇▇▇▇, and I submit this declaration as part of my ongoing effort to seek asylum in the United States.

2. I am a plaintiff in the case *RAICES v. Noem*, No. 1:25-cv-306-RDM. In that case, I am referenced by the initials G.A.

3. I am from Brazil, and I came to the United States fleeing my partner who had abused me for more than three years.

4. When I crossed the southern U.S. border on or about February 1, 2025, I did not know there was any new requirement to submit health information or other background information to U.S. officials in advance of seeking asylum. I also did not know of any system for submitting that kind of information. In addition, I did not carry with me any medical records because I did not take the time to gather such them before fleeing Brazil.

5. I also did not bring any information with me that might be useful for a background check. I have no criminal record in Brazil, and so I am not sure what kind of information I could have brought that would be relevant for that purpose.

6. Similarly, I did not apply for a U.S. visa before I crossed the border to seek asylum. I did not think I was eligible for any visa to immigrate to the United States, and I did not feel safe spending additional time in Brazil or Mexico to sort that out. As far as I know, I am not eligible for any U.S. visa.

7. On or about February 1, 2025, I crossed into the United States and waited for immigration. Afterward, I was taken into criminal custody and convicted of illegal entry. That criminal case was ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

8. After my criminal case was completed, I was taken to a different detention center where I have been for a few months. Particularly without any guarantee that I am going to be able to seek protection, this detention has been very hard.

9. Since I have been detained, no U.S. immigration officers have ever mentioned anything about any system for submitting health and other information in advance of crossing the border to seek asylum.

10. Since being detained, I have been working with an immigration attorney so that I can seek protection. The asylum application form contains numerous questions relating to past activity, and I intend to answer all those questions truthfully and completely. I hope to have a chance to seek asylum, especially because I hope to be able to bring my daughter to join me in the United States.

Thank you for considering my statement.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and ██████████████ d belief.

Laredo, TX.

05/20/2025
Date

## CERTIFICATE OF TRANSLATION

I, ████████████████████, swear under penalty of perjury that I speak English and Portuguese and that I have translated this document to the best of my ability. I reviewed this document with ███████████ and have incorporated any changes or corrections provided. I declare under penalty of perjury that the foregoing statement has been faithfully translated/executed to the best of my knowledge, memory, and belief.

05/22/2025
Date