**SUPPLEMENTAL DECLARATION OF** ████████████

I, ████████████████████, make the following statement under penalty of perjury:

1. My name is ████████████████████, and I submit this declaration as part of an ongoing effort to receive an opportunity to seek asylum in the United States.

2. I am a plaintiff in the case *RAICES v. Noem*, No. 1:25-cv-306-RDM. In that case, I am referenced by the initials E.G.

3. I am from Peru, and I went to the United Stated to seek asylum because I experienced rape and other persecution for being bisexual.

4. When I crossed the U.S border on or about February 1, 2025, I did not know there were any new requirement to submit health information or other background information to U.S. officials in advance of seeking asylum. I also did not know of any system for submitting that kind of information.

5. I also did not apply for a U.S. visa before I crossed the border to seek asylum. I did not think I was eligible for any visa to immigrate to the United States. As far as I know, I was not and still am not eligible for any U.S. visa.

6. I also did not try to register for an appointment using the CBP One app before I crossed the U.S. border. I did not arrive in Mexico from Guatemala until approximately January 6, 2025. By the time I reached the U.S. southern border later in January, the CBP One appointment system had already been cancelled by President Trump.

7. As soon as I entered the U.S., immigration officials detained me. Almost instantly, they said I was going to be deported. On about February 13, I was deported by plane to Peru. I never got any opportunity to seek any form of protection in the United States even though I tried to express my fear of being sent back to Peru.

8. I am currently living in hiding in Peru. I live every day in fear that my previous attackers will find me and cause me further harm.

9. While I was detained in the United States, no U.S. immigration officer ever mentioned anything about any system for submitting health and other information in advance of crossing the border to seek asylum.

10. Since being deported, I have remained in contact with my attorneys. If I am successful in this case I plan to return to the United States to seek asylum because I am not safe in Peru.

DECLARATION SIGNATURE ON THE FOLLOWING PAGE.

Thank you for considering my statement.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, memory, and belief.

Executed on the 22nd Day of May, 2025.

_____  May 22, 2025 _____
                                                                                          DATE

CERTIFICATE OF TRANSLATION

I, ▮▮▮▮▮▮▮▮, swear under penalty of perjury that I speak English and Spanish and that I have translated this document to the best of my ability. I reviewed this document with ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and have incorporated changes or corrections provided. I declare under penalty of perjury that the foregoing statement has been faithfully translated and executed to the best of my knowledge, memory, and belief.

_____  May 22, 2025 _____
                                                                                          DATE