# EXHIBIT A



# CBP One™ Mobile Application Traveler User Guide

Submit Advance Information Capability

For Non-Citizens



U.S. Customs and
Border Protection



U.S. Customs and
Border Protection

1. **CBP One™ Mobile Application**

   a) **Overview**

   b) **Log In**

2. **Traveler – Land – Submit Advance Information**

   a) **Overview**

   b) **Register Travelers**

   c) **Ask for an Appointment**

     i. **What If I Need to Change My Port Of Entry?**

     ii. **What If I Need to Edit My Registration?**

   d) **Accept and Schedule an Appointment**

     i. **What If I Don't Want the Appointment I Received?**

     ii. **What If I Need More Time to Respond?**

   e) **Cancel an Appointment**

   f) **Delete My Registration**

   g) **Troubleshooting**

     i. **My Video Selfie Keeps Failing**

Questions?  Contact us at: CBPOne@cbp.dhs.gov



# CBP One™ Mobile Application

Overview



**CBP One™** is a mobile application that serves as a single portal to a variety of CBP services.  Through a series of guided questions, the app will direct each type of user to the appropriate services based on their needs.

## To Access CBP One™

Download CBP One™ from the Apple App Store or Google Play Store.









## Log In with Login.gov

Select **LOG IN OR SIGN UP.** CBP One™ will redirect you to login.gov, where you can either create an account or log in to an existing account.









# Submit Advance Information

Traveler - Land

# Traveler – Land – Submit Advance Information: Overview

Submit Advance Information is a capability available to Travelers in CBP One™.

This capability allows you to submit your information and schedule an appointment to arrive at a southwest Port of Entry for inspection. This is for undocumented non-citizen travelers only.

To submit your advance information and get an appointment at a Port of Entry, you must:

1. **Register Travelers**
2. **Ask for An Appointment**
3. **Accept and Schedule an Appointment**
4. **Arrive at the Port of Entry**



# Register Travelers



# Submit Advance Information: Register Travelers

## 1. Select Traveler

From the home screen, select **Traveler | Viajero**.



## 2. Select Land

Select **Land | Tierra,** then select **CONTINUE**.






## 3. Select Submit Advance Information

Select **Submit Advance Information | Enviar Información Anticipada**.



## 4. Fill Out Traveler Profile

If you are a first-time user, a pop-up will appear.  Select **Edit Profile**.  Fill out the fields and select **SAVE**.





# Submit Advance Information: Register Travelers



## 5. Select a Language

Select your preferred language, then select **CONTINUE**.



## 6. Allow Location Permissions

A pop-up requesting permission to use location services will appear.  Select to allow CBP One™ to use your location.



# Submit Advance Information: Register Travelers


U.S. Customs and
Border Protection

## 7. Read Instructions

Review the instructions on-screen, then select **CONTINUE.**



## 8. Select Register Travelers

Select **REGISTER TRAVELERS.**





# Submit Advance Information: Register Travelers

## 9. Select Add Traveler

Review the instructions on-screen, then select **ADD TRAVELER.**



## 10. Select Take a Photo

Select **TAKE A PHOTO.**



# Submit Advance Information: Register Travelers



## 11. Take a Photo

Follow the instructions on-screen, then select **Submit Photo**. Please make sure that your photo clearly captures your face. This photo will be used later to verify your identity.




## 12. Select Scan Passport

If you have a passport, select **SCAN PASSPORT (OPTIONAL).** If you do not have a passport, skip to **Step 14**.



Questions?  Contact us at: CBPOne@cbp.dhs.gov

13

# Submit Advance Information: Register Travelers



U.S. Customs and
Border Protection

## 13. Scan Passport

Align the information page of your passport within the rectangle on-screen.  Wait for CBP One™ to scan your passport.




## 14. Fill Out Biographical Information

Fill out any remaining required fields, then select **CONTINUE.**



Questions?  Contact us at: CBPOne@cbp.dhs.gov

14



# Submit Advance Information: Register Travelers

## 15. Fill Out Contact, Employment, and Travel Information

Fill out the required fields, then select **CONTINUE**.

## 16. Fill Out Family Information

Fill out the required fields, then select **SAVE**.






# Submit Advance Information: Register Travelers



## 17. Add Additional Travelers

Repeat **Steps 9-16** for everyone traveling with you.  Everyone must be going to the same United States address and have the same prior foreign address.  Ensure all travelers are listed, then select **CONTINUE**.



## 18. Fill Out United States Address and Emergency United States Contact Information

Fill out the required fields, then select **CONTINUE**.




Questions?  Contact us at: CBPOne@cbp.dhs.gov

16

# Submit Advance Information: Register Travelers


U.S. Customs and Border Protection

## 19. Fill Out Prior Foreign Address and Preparer Information

Fill out the required fields, then select **CONTINUE**.




## 20. Select a Requested Port of Entry

Select a requested Port of Entry from the dropdown list, then select **CONTINUE.** You will have the opportunity to change this when you ask for an appointment, if needed.






# Submit Advance Information: Register Travelers

## 20. Submit Your Registration

Review the screen and ensure that all information is accurate, then select **SUBMIT**.  Review the pop-up and select **Yes, Submit.**





## 21. Select OK

Review the pop-up and select **OK**.  You have successfully registered.  You will receive a confirmation email at the email address you used to log in to CBP One™.  Please save your confirmation number(s).







U.S. Customs and
Border Protection

## NEXT STEPS

Now that you have registered, **you can ask for an appointment at your requested Port of Entry (See Page 20).**

You must be within an authorized location to ask for an appointment. For more information on authorized locations, please visit: **CBP One™ Mobile Application | U.S. Customs and Border Protection.**

Questions?  Contact us at: CBPOne@cbp.dhs.gov

19



# Ask for an Appointment



# Submit Advance Information: Ask for an Appointment

## 1. Select Traveler

From the home screen, select **Traveler | Viajero**.



## 2. Select Land

Select **Land | Tierra,** then select **CONTINUE**.




# Submit Advance Information: Ask for an Appointment


U.S. Customs and
Border Protection

## 3. Select Submit Advance Information

Select **Submit Advance Information | Enviar Información Anticipada**.



## 4. Select a Language

Select your preferred language, then select **CONTINUE**.




Questions?  Contact us at: CBPOne@cbp.dhs.gov


U.S. Customs and
Border Protection

## 5. Read Instructions

Review the instructions on-screen, then select **CONTINUE.**



## 6. Select Your Registration

Select your registration.  Make sure it is complete and accurate.  You may only select one registration.  If more than one registration with the same traveler's name is selected, you will receive an error and be prohibited from asking for an appointment using the second registration.





## 7. Ask for an Appointment

Select **ASK FOR AN APPOINTMENT.** You must ask for an appointment between 11 a.m. CST and 11 p.m. CST / 10 a.m. MST and 10 p.m. MST. You must be within an authorized location to ask for an appointment. For more information on authorized locations, please visit: **CBP One™ Mobile Application | U.S. Customs and Border Protection.**



## 8. Select Yes, Ask

Review the pop-up and select **Yes, Ask.**





## 9. Select OK

Review the pop-up and select **OK.** You have successfully asked for an appointment.





## NEXT STEPS

Now that you have asked for an appointment, you must wait for appointments to be announced at 11 a.m. CST / 10 a.m. MST.

If you receive an appointment, CBP One™ will send you an email and a push notification. **You must accept and schedule the appointment before 10 a.m. CST / 9 a.m. MST (See Page 27).**

You must be within an authorized location to accept and schedule an appointment. For more information on authorized locations, please visit: **CBP One™ Mobile Application | U.S. Customs and Border Protection.**

If you do not receive an appointment, you can try again by repeating **Steps 1-9**.

# Submit Advance Information: Ask for an Appointment


U.S. Customs and
Border Protection

## What If I Need to Change My Port of Entry?

If you need to change your requested Port of Entry for any reason, follow **Steps 1-7**, then select **Change My Port Of Entry.**





## What If I Need to Edit My Registration?

At the moment, CBP One™ does not allow you to edit your registration.  If you need to change anything in your registration, please **delete the registration (See Page 41).**

After you have deleted your registration, you can re-register with the correct information.

Questions?  Contact us at: CBPOne@cbp.dhs.gov



# Accept and Schedule an Appointment

# Submit Advance Information: Accept and Schedule an Appointment



**U.S. Customs and Border Protection**

## 1. Select Traveler

From the home screen, select **Traveler | Viajero**.



## 2. Select Land

Select **Land | Tierra,** then select **CONTINUE**.




Questions? Contact us at: CBPOne@cbp.dhs.gov

28

# Submit Advance Information: Accept and Schedule an Appointment


U.S. Customs and Border Protection

## 3. Select Submit Advance Information

Select **Submit Advance Information | Enviar Información Anticipada**.



## 4. Select a Language

Select your preferred language, then select **CONTINUE**.




Case 1:25-cv-00306-RDM    Document 66-4    Filed 05/30/25    Page 32 of 50



## 5. Read Instructions

Review the instructions on-screen, then select **CONTINUE.**



## 6. Select Your Registration

Select your registration.



# Submit Advance Information: Accept and Schedule an Appointment


U.S. Customs and
Border Protection

## 7. Select Accept Appointment

Review the screen, then select **ACCEPT APPOINTMENT.** You must be within an authorized location to accept and schedule an appointment. For more information on authorized locations, please visit: **CBP One™ Mobile Application | U.S. Customs and Border Protection.**





## 8. Select a Traveler

Select a traveler in your registration. Review the instructions on-screen, then tap anywhere on the screen to continue.





# Submit Advance Information: Accept and Schedule an Appointment



## 9. Take a Video Selfie

Follow the instructions on-screen, then select **Continue.**





## 10. Verify All Travelers

Repeat **Steps 8-9** for all travelers older than 14. After all travelers have a green check next to their next name, select **CONTINUE**.





# Submit Advance Information: Accept and Schedule an Appointment

## 11. Schedule Your Appointment

Review the screen and ensure that all information is accurate, then select **SCHEDULE**.  Review the pop-up and select **Yes, Schedule.**





## 12. Select OK

Review the pop-up and select **OK.**  You have successfully scheduled an appointment.  You will receive a confirmation email at the email address you used to log in to CBP One™.  Please save your confirmation number(s).





Questions?  Contact us at: CBPOne@cbp.dhs.gov

33

# Submit Advance Information: Accept and Schedule an Appointment



## What If I Don't Want the Appointment I Received?

If you received an appointment that you don't want to accept and schedule, you can decline the appointment.  Follow **Steps 1-6**, then select **DECLINE APPOINTMENT.**

## What If I Need More Time to Respond?

If you need more time to respond to an appointment for any reason, you can extend your deadline to 10 a.m. CST / 9 a.m. MST the following day.  Follow **Steps 1-6**, then select **I NEED MORE TIME.**  You can only extend your deadline once.








# Cancel an Appointment

# Submit Advance Information: Cancel an Appointment



## 1. Select Traveler

From the home screen, select **Traveler | Viajero**.



## 2. Select Land

Select **Land | Tierra,** then select **CONTINUE**.




Questions?  Contact us at: CBPOne@cbp.dhs.gov

# Submit Advance Information: Cancel an Appointment



U.S. Customs and
Border Protection

## 3. Select Submit Advance Information

Select **Submit Advance Information | Enviar Información Anticipada**.



## 4. Select a Language

Select your preferred language, then select **CONTINUE**.





Questions?  Contact us at: CBPOne@cbp.dhs.gov

# Submit Advance Information: Cancel an Appointment



## 5. Read Instructions

Review the instructions on-screen, then select **CONTINUE.**



## 6. Select Your Registration

Select your registration.



# Submit Advance Information: Cancel an Appointment



## 7. Select Cancel Appointment

Select **CANCEL APPOINTMENT.**



## 8. Select Yes, Cancel

Review the pop-up and select **Yes, Cancel.**



# Submit Advance Information: Cancel an Appointment


## 9. Select OK

Review the pop-up and select **OK.**  You have successfully canceled an appointment.  You will receive a confirmation email at the email address you used to log in to CBP One™.

## NEXT STEPS

To receive a new appointment at a Port of Entry, please **Ask for an Appointment (See Page 20).**





Questions?  Contact us at: CBPOne@cbp.dhs.gov

40



# Delete My Registration

# Submit Advance Information: Delete My Registration



U.S. Customs and
Border Protection

## 1. Select Traveler

From the home screen, select **Traveler | Viajero**.



## 2. Select Land

Select **Land | Tierra,** then select **CONTINUE**.




Questions?  Contact us at: CBPOne@cbp.dhs.gov

42

Case 1:25-cv-00306-RDM    Document 66-1    Filed 05/30/25    Page 45 of 50



## 3. Select Submit Advance Information

Select **Submit Advance Information | Enviar Información Anticipada**.



## 4. Select a Language

Select your preferred language, then select **CONTINUE**.






# Submit Advance Information: Delete My Registration

## 5. Read Instructions

Review the instructions on-screen, then select **CONTINUE.**



## 6. Select Your Registration

Select your registration.



Case 1:25-cv-90306-RDM    Document 66-1    Filed 05/30/25    Page 47 of 50



U.S. Customs and
Border Protection

## 7. Select Delete Registration

Select **DELETE REGISTRATION.**  You can only delete your registration if you have not asked for an appointment and do not currently have an appointment.



## 8. Select Yes, Delete

Review the pop-up and select **Yes, Delete.**





Submit Advance Information: Delete My Registration

## 9. Select OK

Review the pop-up and select **OK.**  You have successfully deleted your registration.





## NEXT STEPS

To receive an appointment at a Port of Entry, please **Register Travelers (See Page 7).**

Questions?  Contact us at: CBPOne@cbp.dhs.gov



# Troubleshooting

# Submit Advance Information: Troubleshooting



## My Video Selfie Keeps Failing

If your video selfie fails when you try to accept and schedule an appointment **(Page 32, Step 9)**, you will receive the pop-up below.





## 1. Try Again

Try taking your video selfie again. Make sure you are in good lighting and center your face within the oval in the screen.

If the video selfie continues to fail, continue to **Step 2**.

## 2. Delete Your Registration and Re-Register

Delete your registration and re-register with a higher quality photo **(Page 13, Step 11)**.