IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-00306 |

**MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' SUPPLEMENTAL DECLARATIONS**

Plaintiffs respectfully seek this Court's leave to file the accompanying reply to Defendants' response to Plaintiffs' supplemental declarations. Plaintiffs' counsel has conferred with Defendants' counsel, and Defendants' counsel does not object to the request for leave. In furtherance of this motion, Plaintiffs state as follows:

1.      On May 13, 2025, this Court ordered the Individual Plaintiffs "to the extent possible" to file supplemental declarations concerning whether each had "provided Federal officials with the medical information, criminal history, and other background information required by the Proclamation, and, if he or she did not do so, why."

2.      At a status conference held on May 20, 2025, this Court ordered that the Individual Plaintiffs file their Supplemental Declarations on or before May 23, 2025 and that Defendants file any response on or before May 30, 2025.

1

3. The Individual Plaintiffs filed their Supplemental Declarations on May 23, 2025. ECF 64-65. Defendants filed their Response to the Supplemental Declarations on May 30, 2025. ECF 66.

4. In their Response, Defendants argue that "Plaintiffs … lack standing to challenge Section 3" of the Proclamation because "Section 3 … has no practical applicability to Plaintiffs or those like them who cross the southern border illegally." ECF 66 at 3.

5. Defendants have not previously raised the argument that Plaintiffs lack standing to challenge Section 3 in their briefing or at the summary judgment hearing. *See generally* ECF 10 (motion to dismiss); ECF 44 (motion for summary judgment); ECF 55 (reply in support of motion for summary judgment); ECF 61 (response to supplemental memorandum).

6. Because Defendants have not previously raised this argument, Plaintiffs have not yet had a chance to address it in their own briefing.

For the foregoing reasons, Plaintiffs respectfully request that this Court grant their motion for leave to file the accompanying three-page reply.

Dated: June 2, 2025                                    Respectfully submitted,

/s/ Lee Gelernt

| | |
|---|---|
| Keren Zwick (D.D.C. Bar. No. IL0055) | Lee Gelernt (D.D.C. Bar No. NY0408) |
| Mary Georgevich* | Omar C. Jadwat* |
| National Immigrant Justice Center | American Civil Liberties Union Foundation |
| 111 W. Jackson Blvd., | Immigrants' Rights Project |
| Suite 800 | 125 Broad Street, 18th Floor |
| Chicago, IL 60604 | New York, NY 10004 |
| T: 312-660-1370 | T: 212-549-2660 |
| kzwick@immigrantjustice.org | lgelernt@aclu.org |
| mgeorgevich@immigrantjustice.org | ojadwat@aclu.org |
| | |
| Melissa Crow (D.C. Bar. No. 453487) | Morgan Russell* |
| Center for Gender & Refugee Studies | Cody Wofsy (D.D.C. Bar No. CA00103) |
| 1121 14th Street, NW, Suite 200 | Spencer Amdur* |
| Washington, D.C. 20005 | American Civil Liberties Union Foundation |

2

T: 202-355-4471
crowmelissa@uclawsf.edu

Edith Sangueza*
Center for Gender & Refugee Studies
26 Broadway, 3rd Floor
New York, NY 10004
T: 415-581-8835
sanguezaedith@uclawsf.edu

Robert Pauw*
Center for Gender & Refugee Studies
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
T: 206-682-1080
rpauw@ghp-law.net

Daniel Hatoum*
Texas Civil Rights Project
P.O. Box 219
Alamo, Texas 78516
T: 512-474-5073, ext. 208
daniel@texascivilrightsproject.org

Immigrants' Rights Project
425 California Street, Suite 700
San Francisco, CA 94104
T: 415-343-0770
mrussell@aclu.org
cwofsy@aclu.org
samdur@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
529 14th Street, NW, Suite 722
Washington, D.C. 20045
T: 202-457-0800
aspitzer@acludc.org
smichelman@acludc.org

Ashley Alcantara Harris*
David A. Donatti*
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
TEL: (713) 942-8146
FAX: (713) 942-8966
aharris@aclutx.org
ddonatti@aclutx.org

*Attorneys for Plaintiffs*

*\*Appearing pro bono or pro hac vice.*

3