UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REFUGEE AND IMMIGRANT CENTER
FOR EDUCATION AND LEGAL
SERVICES, *et al.*,

      *Plaintiffs*,

  v.

KRISTI NOEM, *et al.*,

      *Defendants*.

Civil Action No. 25-306 (RDM)

## ORDER

For the reasons stated in the Court's Memorandum Opinion, Dkt. 71, it is hereby **ORDERED** that (1) a class consisting of "[a]ll individuals who are or will be subject to Proclamation 10888 and/or its implementation," who are currently present or who will be present in the United States," is hereby **CERTIFIED** pursuant to Fed. R. Civ. P. 23(b)(2); (2) named Plaintiffs A.M., Z.A., T.A., A.T., B.R., M.A., and G.A. are hereby **DESIGNATED** to serve as class representatives; and (3) counsel for Plaintiffs in this case is **DESIGNATED** to serve as counsel for the class.

    **SO ORDERED**.

                                        /s/ Randolph D. Moss
                                      RANDOLPH D. MOSS
                                      United States District Judge

Date:  July 2, 2025