BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

BRIAN C. WARD
*Acting Assistant Director*

PATRICK GLEN
DAVID KIM
KATHERINE J. SHINNERS
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8259
Email: katherine.j.shinners@usdoj.gov

ELISSA FUDIM
*Trial Attorney*

Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Refugee and Immigrant Center for Education and Legal Services, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi Noem, Secretary, U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-00306 |

**NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

Notice is hereby given that the Defendants appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's order entering partial final judgment (Doc. No. 73), and the accompanying class certification order (Doc. 72) and memorandum opinion

1

(Doc. No. 71), entered in this action on July 2, 2025.

Dated: July 2, 2025                         Respectfully submitted,

                                            BRETT A. SHUMATE
                                            *Assistant Attorney General*

                                            DREW C. ENSIGN
                                            *Deputy Assistant Attorney General*

                                            BRIAN C. WARD
                                            *Acting Assistant Director*

                                        By: /s/ *Katherine J. Shinners*
                                            KATHERINE J. SHINNERS
                                            *Senior Litigation Counsel*
                                            U.S. Department of Justice, Civil Division
                                            Office of Immigration Litigation
                                            P.O. Box 878, Ben Franklin Station
                                            Washington, DC 20044
                                            Tel: (202) 598-8259
                                            Email: katherine.j.shinners@usdoj.gov

                                            PATRICK GLEN
                                            DAVID KIM
                                            *Senior Litigation Counsel*

                                            ELISSA FUDIM
                                            *Trial Attorney*

                                            *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2025, I electronically filed the notice of appeal with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
United States Department of Justice
