**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

Refugee and Immigrant Center for Education and Legal Services, *et al.*,

Plaintiffs,

 v.

Kristi Noem, *et al.*,

Defendants.

</td><td>

Civil Action No. 1:25-cv-00306-RDM

</td></tr>
</table>

**JOINT STATUS REPORT**

On July 2, 2025, the Court granted in part Plaintiffs' motions for summary judgment and class certification (Dkts. 51, 13). *See* Dkt. 73. The Court deferred ruling on the remaining portions of the parties' cross motions, ordered the parties to submit a joint status report on or before July 11, 2025, and ordered the parties to appear for a status conference on July 15, 2025. *See id.* The parties state the following:

On July 3, 2025, Defendants filed an appeal of the Court's decision, and on July 7, 2025, they sought an emergency stay pending appeal from the D.C. Circuit, seeking relief by July 11, 2025. *RAICES et al. v. Noem et al.*, No. 25-5243 (D.C. Cir. 2025). Plaintiffs filed their opposition to the motion for a stay pending appeal on July 9, 2025, and Defendants filed their reply on July 10. At approximately 12:45 pm on July 11, the D.C. Circuit granted an administrative stay pending a further order of the Court, except with respect to the individual named plaintiffs.

The parties agree that briefing on the deferred issues in this case should be held pending resolution of Defendants' pending stay motion before the D.C. Circuit and pending resolution of

any stay application to the U.S. Supreme Court, if such a request is made. The parties agree that the status conference scheduled for July 15, 2025, should be postponed for the same reasons.

The parties therefore request that this Court **VACATE** the status conference scheduled for July 15, 2025, and postpone setting a briefing schedule on the deferred issues remaining in this case pending resolution of Defendants' motion to stay this Court's decision before the D.C. Circuit and the resolution of any stay application to the U.S. Supreme Court.

The Parties propose submitting a subsequent Joint Status Report in two weeks (on July 25, 2025) and, if necessary, two weeks thereafter (on August 8, 2025), to either propose a briefing schedule on the deferred issues in this case, or to request an abeyance of briefing on the deferred issues, if appropriate based on intervening events.

Respectfully submitted,

Dated: July 11, 2025

By:  /s/ Katherine J. Shinners
Katherine J. Shinners
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel. (202) 598-8259
katherine.j.shinners@usdoj.gov

*Counsel for Defendants*

By:  /s/ Lee Gelernt
Lee Gelernt (D.D.C. Bar No. NY0408)
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2660
lgelernt@aclu.org

*Counsel for Plaintiffs*