UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Refugee and Immigrant Center for Education and Legal Services, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>Defendants. | No. 1:25-cv-306-RDM |

**JOINT STATUS REPORT**

On July 2, 2025, the Court granted in part Plaintiffs' motions for summary judgment and class certification (Dkts. 51, 13). *See* Dkt. 73. The Court deferred ruling on the remaining portions of the parties' cross motions, ordered the parties to submit a joint status report on or before July 11, 2025, and ordered the parties to appear for a status conference on July 15, 2025. *See id.*

On July 11, 2025, the parties asked the Court to vacate the status conference scheduled for July 15, 2025, and postpone setting a briefing schedule on the deferred issues remaining in this case pending resolution of Defendants' motion to stay this Court's decision before the D.C. Circuit and the resolution of any stay application to the U.S. Supreme Court. Dkt. 76.

The Court granted that request. *See* Minute Order, July 11, 2025. The Court ordered the parties to file a further status report on or before July 25, 2025, and, if necessary, to file another joint status report on or before August 8, 2025, updating the Court regarding proposed next steps. *Id.* The parties state the following:

Defendants' stay motion remains pending at the D.C. Circuit with briefing complete as of July 10, 2025. *See RAICES v. Noem*, No. 25-5243 (D.C. Cir. 2025). At this time, the parties agree

that briefing on deferred issues should remain in abeyance. As previously proposed, the parties agree to submit a subsequent status report on August 8, 2025.

Respectfully submitted,

| | | |
|---|---|---|
| Dated: July 25, 2025 | By: | /s/ Brian C. Ward |
| | | Brian C. Ward |
| | | Senior Litigation Counsel |
| | | U.S. Department of Justice, Civil Division |
| | | P.O. Box 878, Ben Franklin Station |
| | | Washington, DC 20044 |
| | | Tel. (202) 616-9121 |
| | | brian.c.ward@usdoj.gov |
| | | |
| | | *Counsel for Defendants* |
| | | |
| | By: | /s/ Lee Gelernt |
| | | Lee Gelernt (D.D.C. Bar No. NY0408) |
| | | American Civil Liberties Union Foundation |
| | | Immigrants' Rights Project |
| | | 125 Broad Street, 18th Floor |
| | | New York, NY 10004 |
| | | Tel: (212) 549-2660 |
| | | lgelernt@aclu.org |
| | | |
| | | *Counsel for Plaintiffs* |