## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Refugee and Immigrant Center for Education
and Legal Services, *et al.*,

Plaintiffs,

v.

KRISTI NOEM, *et al.*,

Defendants.

Civil Action No. 1:25-cv-00306-RDM

## JOINT STATUS REPORT

On July 2, 2025, the Court granted in part Plaintiffs' motions for summary judgment and
class certification (Dkts. 51, 13). *See* Dkt. 73. The Court deferred ruling on the remaining portions
of the parties' cross motions, ordered the parties to submit a joint status report on or before July
11, 2025, and ordered the parties to appear for a status conference on July 15, 2025. *See id.* At the
parties' request, the Court then vacated the July 15 status hearing and ordered the parties to provide
joint status reports to the Court on July 11, 2025, and August 8, 2025. Minute Order (July 11,
2025). Accordingly, the parties state the following:

On July 3, 2025, Defendants filed an appeal of the Court's decision, and on July 7, 2025,
they sought an emergency stay pending appeal from the D.C. Circuit. *RAICES et al. v. Noem et
al.*, No. 25-5243 (D.C. Cir. 2025). On July 25, 2025, Plaintiffs moved for expedited briefing of
this case on the merits. On August 1, 2025, the D.C. Circuit granted in part, and denied in part
Defendants' motion for a stay pending appeal. The D.C. Circuit also set an expedited briefing
schedule for the case, with Appellants' brief due on August 22, 2025; Appellees' brief due

September 12, 2025; and Appellees' reply due September 26, 2025. The D.C. Circuit further directed the Clerk "to calendar this case for argument on the first appropriate date following the conclusion of briefing."

In the decision on Defendants' stay motion, the Circuit Court modified the class definition. The scope of the class is also relevant to the issues on which this Court deferred judgment. Given this development, the parties agree that briefing on the remaining issues before this Court should be held in abeyance pending a decision from the D.C. Circuit on the merits.

The parties further agree to provide this Court with status reports at a frequency of the Court's choosing and to promptly update the Court of intervening events, if those events impact either party's position on abeyance.

Respectfully submitted,

Dated: August 8, 2025

By:    /s/ Brian C. Ward
Brian C. Ward
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel. (202) 616-9121
brian.c.ward@usdoj.gov

*Counsel for Defendants*

By:    /s/ Lee Gelernt
Lee Gelernt (D.D.C. Bar No. NY0408)
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2660
lgelernt@aclu.org