UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Refugee and Immigrant Center for Education and Legal Services, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Kristi Noem, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 1:25-cv-00306-RDM |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Undersigned counsel is withdrawing his appearance on behalf of Defendants in this case because he is leaving the Department of Justice today. Defendants will continue to be represented in this matter by other counsel of record.

Dated: October 17, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Brian C. Ward*
　　　　　　　　　　　　　　　　　　　　　BRIAN C. WARD
　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Civil Division
　　　　　　　　　　　　　　　　　　　　　Office of Immigration Litigation
　　　　　　　　　　　　　　　　　　　　　P.O. Box 868, Ben Franklin Station
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044
　　　　　　　　　　　　　　　　　　　　　Tel: (202) 616-9121
　　　　　　　　　　　　　　　　　　　　　Email: brian.c.ward@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

1