1  Attorney for:
2  Plaintiffs Refugee and Immigrant Center for Education and Legal Services, *et al.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Refugee and Immigrant Center for Education and Legal Services, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Kristi Noem, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:25-cv-00306-RDM<br><br>**NOTICE OF CHANGE OF ADDRESS** |

## **NOTICE OF CHANGE OF ADDRESS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Melissa Crow has changed ☐names, ☐firms, ☒addresses, ☐phone numbers, and/or ☐fax numbers as follows.

Current contact information:

Melissa Crow
1901 Pennsylvania Avenue NW, Suite 900
PMB 228
Washington D.C. 20006
Phone: 202-355-4471
crowmelissa@uclawsf.edu

Dated: February 10, 2026              */s/ Melissa Crow*
                                                          Melissa Crow

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed with the Court on February 10, 2026, causing all counsel of record to be served via the Court's CM/ECF filing system.

/s/ *Melissa Crow*
Melissa Crow