UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Refugee and Immigrant Center for Education and Legal Services, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Kristi Noem, *et al.*,<br><br>    Defendants. | Civil Action No. 1:25-cv-00306-RDM |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Undersigned counsel respectfully provides notice that she is withdrawing her appearance on behalf of plaintiffs in this case. Plaintiffs will continue to be represented in this matter by other counsel of record.

Dated: February 23, 2026

Respectfully submitted,

*/s/ Edith Sangüeza*
Edith Sangüeza
Center for Gender & Refugee Studies
200 McAllister St
San Francisco, CA 94102
Tel: (415) 581-8835
Email: sanguezaedith@uclawsf.edu

*Attorney for Plaintiffs*