**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Refugee and Immigrant Center for Education and Legal Services, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Markwayne MULLIN*, Secretary of Homeland Security, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-00306-RDM |

**JOINT STATUS REPORT**

On July 2, 2025, the Court granted in part Plaintiffs' motions for summary judgment and class certification (Dkts. 51, 13). Dkt. 73. The Court deferred ruling on the remaining portions of the parties' cross motions, ordered the parties to submit a joint status report on or before July 11, 2025, and ordered the parties to appear for a status conference on July 15, 2025. *See id.*

On July 2, 2025, Defendants appealed from this Court's judgment. *See* Dkt. 74. On July 11, 2025, the Court granted the parties' request to vacate the status conference scheduled for July 15, 2025, and postpone setting a briefing schedule on the deferred issues remaining in this case pending resolution of Defendants' motion to stay this Court's decision before the D.C. Circuit and the resolution of any stay application to the U.S. Supreme Court. *See* Dkt. 76; Minute Order, July 11, 2025. The Court ordered the parties to file a further status report on or before July 25, 2025, and, if necessary, another joint status report on or before August 8, 2025, updating the Court

* Secretary Mullin is automatically substituted for his predecessor, former Secretary Noem, under Federal Rule of Civil Procedure 25(d).

regarding proposed next steps. Minute Order, July 11, 2025.

In their August 8, 2025, status report, the parties jointly proposed that briefing on the remaining issues before this Court be held in abeyance pending a decision from the D.C. Circuit on the merits. Dkt. 78. The Court agreed with the proposal, ordering that further briefing be "held in abeyance pending a decision from the D.C. Circuit on the appeal." Minute Order, August 11, 2025. The Court further ordered the parties to "file a joint status report within five days of the D.C. Circuit's opinion, proposing next steps in the litigation." *Id.*

On April 24, 2026, a panel of the U.S. Court of Appeals for the D.C. Circuit issued an opinion and judgment affirming this Court's ruling, with modifications to the definition of the certified class. *See Refugee and Immigrant Ctr. for Educ. & Legal Servs. v. Mullin,* 174 F.4th 81 (D.C. Cir. 2026). Judge Walker dissented from the panel's opinion on three issues. *See id.* at 121.

On April 29, 2026, the parties submitted a joint status report proposing that the Court continue to hold any remaining briefing in abeyance pending potential further review of the panel decision. Dkt. 82. In accordance with the parties' proposal, the Court ordered the remaining briefing by held in abeyance and that the parties file a joint status report no later than July 30, 2026, advising this Court of any updates. Minute Order, April 30, 2026.

The parties submitted another status report on July 30, 2026, reporting that the Court of Appeals had denied Defendants' petition for rehearing *en banc*, *see* Order, *Refugee and Immigrant Ctr. for Educ. & Legal Servs. v. Mullin,* No. 25-5243 (July 23, 2026), and requesting that the Court continue to hold any remaining briefing in abeyance pending potential further review. Dkt. 83. In accordance with the parties' proposal, the Court ordered the remaining briefing be held in abeyance and that the parties file a joint status report no later than October 30, 2026. Minute Order, July 31, 2026.

On August 24, 2026, Defendants filed a petition for certiorari with the Supreme Court seeking review of the Court of Appeals' decision. *See Mullin v. Refugee and Immigrant Ctr. for Educ. & Legal Servs.*, No. 26-239 (Aug. 24, 2026). The Supreme Court docket reflects that the petition has been distributed for the November 6, 2026 conference. *See id.* (Oct. 7, 2026).

Because the outcome of any potential further review in the Supreme Court may impact the issues remaining to be briefed in this Court, the parties agree that briefing on deferred issues should remain in abeyance at this time. The parties propose to submit a subsequent joint status report no later than December 11, 2026, advising this Court of any updates.

Respectfully submitted,

Dated: October 30, 2026

By: /s/ Katherine J. Shinners
Katherine J. Shinners
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel. (202) 598-8259
katherine.j.shinners@usdoj.gov

*Counsel for Defendants*

By: /s/ Keren Zwick (w/ permission)
Keren Zwick (D.D.C. Bar No. IL0055)
National Immigrant Justice Center
111 W. Jackson Blvd. Suite 800
Chicago, IL 60604
Tel. (312) 660-1364
kzwick@immigrantjustice.org

*Counsel for Plaintiffs*